UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02436-TLN-KJN |
| | No. 2:23-cv-02437-TLN-KJN |
| | No. 2:23-cv-02438-TLN-KJN |
| | No. 2:23-cv-02439-TLN-KJN |
| | No. 2:23-cv-02440-TLN-KJN |
| | No. 2:23-cv-02441-TLN-KJN |
| | No. 2:23-cv-02443-TLN-KJN |
| | No. 2:23-cv-02444-TLN-KJN |
| | No. 2:23-cv-02445-TLN-KJN |
| | No. 2:23-cv-02446-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to the
3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court
4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5  will be ordered dismissed and closed.  (*Id.*)

6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8       Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02436, 2:23-cv-02437, 2:23-
9  cv-02438, 2:23-cv-02439, 2:23-cv-02440, 2:23-cv-02441, 2:23-cv-02443, 2:23-cv-02444, 2:23-
10 cv-02445 and 2:23-cv-02446 are hereby DISMISSED.  The Clerk of the Court is directed to close
11 these cases.  No further filings will be accepted.

12      IT IS SO ORDERED.

13      DATED:   December 06, 2023

Troy L. Nunley
United States District Judge